UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

TARGET CORPORATION,

                      Plaintiff,

v.

UNITED STATES,

                      Defendant.

**S U M M O N S**  21-00162

**TO:**  The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ **Mario Toscano**
Clerk of the Court

**PROTEST**

| | | | |
|---|---|---|---|
| Port of Entry: | Norfolk-Newport News, Virginia - 1401 | Date Protest Filed: | **04/01/2020** |
| Protest Number: | **1401-20-102470** | Date Protest Denied: | 04/13/2021 |
| Importer: | Target Corporation | | |
| Category of Merchandise: | Metal Top Ironing Tables | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See Attached Schedule | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,

United States Customs and Border Protection
101 E. Main Street
Norfolk, VA 23510

Address of Customs Port in
Which Protest was Denied

Patrick D. Gill
Sandler, Travis & Rosenberg, P.A.
675 Third Avenue, Suite 1805-06
New York, NY 10017
212-549-0156
pgill@strtrade.com

Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| | | | | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The reliquidation pursuant to the Order of the Court to reliquidate the entries covered by the protest herein.

The issue which was common to all such denied protests:

Whether the Court's Order to reliquidate is ultra vires, illegal, null and void and contrary to the decision of the Court of Appeals for the Federal Circuit in Cemex, S.A. v. United States, 384 F.3d 1314 (2004)

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/ PATRICK D. GILL
*Signature of Plaintiff's Attorney*

04/15/2021
*Date*

Norfolk-Newport News, Virginia – 1401                                         Form 1-3

## SCHEDULE OF PROTESTS

| Protest Number | Protest Filed | Entry No. | Date of Entry | Liquidation |
|---|---|---|---|---|
| 1401-20-102470 | 04/01/2020 | 231-2110457-7 | 08/16/2004 | 11/01/2019 |
| | | 231-2110548-3 | 08/16/2004 | 11/01/2019 |
| | | 231-2112152-2 | 08/29/2004 | 11/01/2019 |
| | | 231-2113487-1 | 9/12/2004 | 11/01/2019 |
| | | 231-2114800-4 | 09/26/2004 | 11/01/2019 |
| | | 231-2117491-9 | 10/18/2004 | 11/01/2019 |
| | | 231-2118423-1 | 10/24/2004 | 11/01/2019 |
| | | 231-2120201-7 | 11/07/2004 | 11/01/2019 |
| | | 231-2122653-7 | 11/28/2004 | 11/01/2019 |
| | | 231-2123485-3 | 12/06/2004 | 11/01/2019 |
| | | 231-2124021-5 | 12/13/2004 | 11/01/2019 |
| | | 231-2124601-4 | 12/19/2004 | 11/01/2019 |
| | | 231-2125784-7 | 01/03/2005 | 11/01/2019 |
| | | 231-2125955-3 | 01/03/2005 | 11/01/2019 |
| | | 231-2126065-0 | 01/03/2005 | 11/01/2019 |
| | | 231-2129030-1 | 02/03/2005 | 11/01/2019 |
| | | 231-2129084-8 | 02/03/2005 | 11/01/2019 |
| | | 231-2130780-8 | 02/19/2005 | 11/01/2019 |
| | | 231-2139987-0 | 02/25/2005 | 11/01/2019 |
| | | 231-2143947-8 | 04/04/2005 | 11/01/2019 |
| | | 231-2146957-4 | 05/06/2005 | 11/01/2019 |
| | | 231-2148787-3 | 05/21/2005 | 11/01/2019 |
| | | 231-2150390-1 | 05/26/2005 | 11/01/2019 |
| | | 231-2151638-2 | 06/10/2005 | 11/01/2019 |
| | | 231-2152951-8 | 06/24/2005 | 11/01/2019 |
| | | 231-2155168-6 | 07/11/2005 | 11/01/2019 |
| | | 231-2155675-0 | 07/17/2005 | 11/01/2019 |
| | | 231-2157207-0 | 07/31/2005 | 11/01/2019 |
| | | H41-2816633-1 | 04/07/2005 | 11/08/2019 |
| | | H41-2818076-1 | 06/03/2005 | 11/08/2019 |
| | | H41-3402043-1 | 08/04/2004 | 11/08/2019 |
| | | H41-3406414-0 | 12/02/2004 | 11/08/2019 |
| | | H41-3409582-1 | 02/25/2005 | 11/08/2019 |
| | | H41-3410150-4 | 03/16/2005 | 11/08/2019 |
| | | H41-3410771-7 | 04/01/2005 | 11/08/2019 |
| | | H41-3412582-6 | 05/17/2005 | 11/08/2019 |
| | | H41-3414223-5 | 06/24/2005 | 11/08/2019 |
| | | H41-3414665-7 | 07/14/2005 | 11/08/2019 |
| | | H41-3414666-5 | 07/15/2005 | 11/08/2019 |
| | | H41-3414667-3 | 07/15/2005 | 11/08/2019 |