UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. LEO M. GORDON, JUDGE

| | |
|---|---|
| TARGET CORPORATION, | |
| Plaintiff, | Court No. 21-00162 |
| v. | |
| UNITED STATES, | |
| Defendant. | |

## NOTICE OF APPEAL

Notice is hereby given that Target Corporation, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the decision and judgment entered in this action on July 20, 2023.

Respectfully submitted,

By:   /s/ Patrick D. Gill
Patrick D. Gill
Sandler, Travis & Rosenberg, P.A.
675 Third Avenue., Suite 1805-06
New York, NY 10017
Tel: 212-549-0156
pgill@strtrade.com

Dated: August 7, 2023