# United States Court of Appeals for the Federal Circuit

---

**TARGET CORPORATION,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2023-2274

---

Appeal from the United States Court of International Trade in No. 1:21-cv-00162-LMG, Senior Judge Leo M. Gordon.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered April 21, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

June 12, 2025
Date

Jarrett B. Perlow
Clerk of Court