UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TARGET CORPORATION,<br><br>                      Plaintiff,<br><br>      v.<br><br>UNITED STATES,<br><br>                      Defendant. | Before: Leo M. Gordon, Judge<br><br>Court No. 21-00162 |

**ORDER**

      This action having been the subject of a remand from the U.S. Court of Appeals for the Federal Circuit, <u>Target Corp. v. United States</u>, No. 2023-2274, 134 F.4th 1307 (Fed. Cir. 2025) ("<u>Target</u>"); now in conformity with that remand, it is hereby

      **ORDERED** that this action is remanded to U.S. Customs and Border Protection ("Customs") for further proceedings consistent with <u>Target</u>; and it is further

      **ORDERED** that Customs shall file a report on its actions pursuant to this remand within 90 days of when Congress appropriates funds for the U.S. Department of Justice and Customs to continue its work.

                                                                     /s/ Leo M. Gordon<br>
                                                          Judge Leo M. Gordon

Dated: October 3, 2025<br>
        New York, New York