**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE LEO M. GORDON, JUDGE**

|  |  |  |
|---|---|---|
| TARGET CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No. 21-00162 |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**REMAND STATUS REPORT**

Pursuant to the Court's October 23, 2025 order that "Customs shall file a report on its actions pursuant to this remand within 90 days of when Congress appropriates funds for the U.S. Department of Justice and Customs to continue its work," we hereby provide a report on the status of the remand in the above-captioned proceeding.[1]  ECF No. 19 (Remand Order).

Above, the U.S. Court of Appeals for the Federal Circuit (CAFC) held U.S. Customs and Border Protection's (CBP) reliquidations of forty (40) entries made by Plaintiff Target Corporation (Target) to be contrary to law and reversed this Court's grant of Defendant's motion to dismiss.  *See generally Target Corporation v. United States*, CAFC Case No. 2023-2274, ECF No. 36 (April 21, 2025).  This Court then remanded the action to CBP consistent with the decision of the CAFC.  *See* Remand Order.

We hereby notify the Court that CBP has now reliquidated the 40 subject entries consistent with the decision of the CAFC.  Specifically, CBP has on remand reliquidated the

---

[1] The Government shutdown ended on November 12, 2025.  Ninety (90) days after that date is February 10, 2026.  Accordingly, this status report is timely filed.

entries with the same *ad valorem* rates of antidumping duties (ADD) with which they originally liquidated, as opposed to the higher ADD rates that were applied upon subsequent reliquidation.

Counsel for Plaintiff, Mr. Patrick Gill of Sandler, Travis & Rosenberg, P.A., confirmed via email on December 11, 2025 that the detailed entry by entry information provided to counsel regarding CBP's reliquidations fully and accurately reflects the implementation of the CAFC's decision. Accordingly, CBP considers that it has complied fully with the Court's remand in this action.

<div style="margin-left:40%">

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

By:   /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Alexander Vanderweide
ALEXANDER VANDERWEIDE
Senior Trial Counsel
International Trade Field Office
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
202-598-0287
Attorneys for Defendant

</div>

Of Counsel:

ZACHARY SIMMONS
Office of the Assistant Chief Counsel
International Trade Litigation
U.S. Customs and Border Protection

December 15, 2025